JOHN PARRY, Respondent, v. THOMAS RANDLE AND WILLIAM HOHENSCHILD, Appellants.

1. Judgment affirmed, for failure by appellant to file transcript.

*Appeal from St. Louis Law Commissioner's Court.*

BATES, Judge, delivered the opinion of the court.

In this cause an appeal was allowed the defendants on the 29th day of March, 1861.

Now, at the March term, 1862, on the 29th day of April, the respondent produces in court a transcript of the record, none having been filed by the appellants, and moves for an affirmance of the judgment below.

Judgment affirmed.    Judges Bay and Dryden concur.